UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S. O'REAR,

                                  Plaintiff,

-v-

ARMANDO DIAZ ET AL.,

                                Defendants.

24 Civ. 1669 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Plaintiff S. O'Rear has moved to disqualify attorney Maureen McLoughlin and the firm of Davis & Gilbert LLP as counsel for Defendants Merkley+ Partners Inc. ("Merkley") and Omnicom Group Inc. ("Omnicom"), Dkt. 17, and filed a memorandum of law and affirmation in support, Dkts. 18–19. Defendants Merkley and Omnicom have until March 27, 2024 to respond. O'Rear's reply is due April 3, 2024.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 13, 2024
       New York, New York