# THE LAW OFFICE OF JEFFREY CHABROWE, P.C.

521 Fifth Avenue, 17th FL New York, NY 10175 | Tel. (917) 529-3921 | E. Jeff@chabrowe.com

October 29, 2024

**VIA ECF**

Hon. Paul A. Engelmayer　　　　　　　　　　　CC: All Counsel of Record, Via ECF
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　RE:  <u>O'Rear v. Diaz, et al.</u> Index #24-CV-01669 (PAE): Motion to Seal Document with Personal Identifiers and Substitute Them with Redacted Documents

Your Honor—

I am counsel for Defendant Armando Diaz.

　　Very early this morning, I filed Reply papers for a Motion to Dismiss on behalf of Armando Diaz. I have since become aware that one document [DCKT. 91-2, p. 10] comprising Exhibit B of my Declaration contains personal identifiers, i.e., Plaintiff's first name, which was unfortunately overlooked at filing. Pursuant to ECF Rule 21.8, upon discovering this, a member of my team immediately contacted the Attorney Help Desk within the Clerk's Office to arrange a temporary sealing of this document. Needless to say, I would have redacted these documents prior to filing had I realized that these personal identifiers were contained therein. In order to remedy this oversight, I respectfully request that these documents be ordered permanently sealed, and that the Court permit me to file a redacted version in substitution of the documents originally filed.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　____/s_____
　　　　　　　　　　　　　　　　　　　　　　Jeffrey Chabrowe, Esq.

Granted. The Court directs defendant Diaz to file a redacted version of Docket 91 Exhibit 2 by end of day today, October 29, 2024.

Dated: October 29, 2024

SO ORDERED.

_____*Paul A. Engelmayer*_____
PAUL A. ENGELMAYER
United States District Judge