UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S. O'REAR,

                              Plaintiff,

          -v-

ARMANDO DIAZ et al.,

                            Defendants.

24 Civ. 1669 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court having been advised by the parties that they have reached a settlement in principle in this matter, it is ORDERED that all court dates are hereby adjourned, and the above-entitled action is hereby dismissed and discontinued without costs, without prejudice to each party's right to reopen the action, if a written settlement agreement signed by all parties has not been executed by May 8, 2025. The deadline to move to reopen the case on this basis is May 12, 2025.

The Clerk of Court is respectfully directed to terminate all deadlines and to close this case.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: April 23, 2025
       New York, New York